# EXHIBIT A

**From:** Marty Rowley <marty@martyrowley.com>
**Date:** October 23, 2018 at 4:51:55 PM EDT
**To:** 'Gunnar Wieboldt' <GWieboldt@zoll.com>
**Cc:** <sarah@martyrowley.com>
**Subject: Cause No. 107,754 B-CV - Donna Galley, et al vs. ZOLL Medical Corporation, et al; In the 181st District Court for Potter County, Texas**

Mr. Wieboldt,
Please find attached Plaintiffs' Original Petition that has been filed in the above referenced matter. This will confirm that you are accepting service on behalf of the ZOLL entities named herein with the agreement that a responsive pleading is due on or before the expiration of 35 days from this date.
Please confirm receipt.
Thank you for your courtesy in this regard.
Sincerely,
Marty Rowley

**Marty Rowley**
**Marty L. Rowley, P.C.**
**112 S.W. Eighth Ave. Suite 608**
**Amarillo, Texas 79101**
**Phone: 806-374-4600**
**Fax: 806-220-2812**
**marty@martyrowley.com**

---

**From:** Gunnar Wieboldt [mailto:GWieboldt@zoll.com]
**Sent:** Monday, October 22, 2018 4:48 PM
**To:** Marty Rowley <marty@martyrowley.com>
**Cc:** 'Sarah Rackley' <sarah@martyrowley.com>; Elizabeth Scarborough <EScarborough@zoll.com>
**Subject:** RE: Retrieval of LifeVest for Testing

I will accept service on the condition stipulated.

Regards,

Gunnar R. Wieboldt
Corporate Counsel (LifeVest® Division)
ZOLL Medical Corporation
121 Gamma Drive
Pittsburgh, PA 15238
412.968.3524 (direct)
919.943.2405 (cell)