# EXHIBIT 8

**CAUSE NO. 107754-B-CV**

| | | |
|---|---|---|
| **DONNA GALLEY, individually and as Administrator of the Estate of Gary Lee Galley, MISTI DUNN, ANGEL GALLEY, CHARLES GALLEY, and MARY LEEANNE ALMOND, individually,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiffs,** | § | |
| **v.** | § | **POTTER COUNTY, TEXAS** |
| **ZOLL MEDICAL CORPORATION, ZOLL MANUFACTURING CORPORATION, ZOLL SERVICES, LLC, and JOHN DOE COMPANIES,** | § | |
| **Defendants.** | § | **181ST JUDICIAL DISTRICT** |

**DEFENDANTS ZOLL MEDICAL CORPORATION, ZOLL MANUFACTURING CORPORATION, AND ZOLL SERVICES LLC'S NOTICE TO THE DISTRICT COURT OF FILING OF NOTICE OF REMOVAL**

TO: Caroline Woodburn, District Clerk for Potter County, 501 South Fillmore, Suite 1B, Amarillo, TX 79101.

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Zoll Medical Corporation, Zoll Manufacturing Corporation, and Zoll Services LLC (collectively "Zoll"), by and through their attorneys, Riney & Mayfield LLP and Bowman and Brooke LLP, filed a Notice of Removal on November 26, 2018 in the United States District Court for the Northern District of Texas, Amarillo Division. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that upon the filing of its Notice of Removal and in accordance with 28 U.S.C. § 1446(d), Zoll filed the original of this Notice of Filing, together with its Exhibit A, with the County Clerk of this Court to effect removal in accordance with 28 U.S.C. §§ 1441–1453.

This Notice of Filing serves to effect removal of this case pursuant to 28 U.S.C. § 1446(d) and precludes this Court from proceeding any further on this action unless and until the case is remanded.

Dated: November 26, 2018

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By: *s/ Damon J. Brinson*
Damon J. Brinson
Texas Bar No. 24100062

2901 Via Fortuna, Suite 500
Austin, TX 78746
Tel: 512-874-3800
Fax: 512-874-3801
damon.brinson@bowmanandbrooke.com

**ATTORNEYS FOR DEFENDANTS ZOLL MEDICAL CORPORATION, ZOLL MANUFACTURING CORPORATION, AND ZOLL SERVICES LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in accordance with the Texas Rules of Civil Procedure on the 26th day of November 2018:

Marty Rowley
Marty L. Rowley, P.C.
112 S.W. Eighth Ave., Suite 608
Amarillo, Texas 79101
Phone: 806-374-4600
Fax: 806-220-2812
marty@martyrowley.com
***Attorney for Plaintiff***

*s/ Damon J. Brinson*
Damon J. Brinson